IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION
CIVIL ACTION NO.: 1:25-cv-13472-JFA

| | |
|---|---|
| CHASSIDY STILL individually and as parent and general guardian of JANE ROE, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, BARNWELL PEDIATRICS, P.A., LOW COUNTRY HEALTH CARE SYSTEM, INC., CHRISTOPHER CARROLL, VERNON WHITELY, MD, AIKEN REGIONAL MEDICAL CENTER, INC., AIKEN REGIONAL MEDICAL CENTER, LLC, AIKEN PROFESSIONAL ASSOCIATION, LLC ALLISON JILL ENTER, MD, LORENZO SAMPSON, MD, BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, CHILDREN'S HOSPITAL OF GEORGIA, AUGUSTA UNIVERSITY HOSPITAL, AUGUSTA UNIVERSITY MEDICAL CENTER, AUGUSTA UNIVERSITY MEDICAL ASSOCIATES, AU MEDICAL CENTER, INC., AU HEALTH SYSTEM, INC., MCG HEALTH, INC., WELLSTAR MCG HEALTH, KENNETH CHRISTIAN WALTERS, MD, IMAD RADI, MD, JOHN DOE, and DOE CORPORATION,<br><br>Defendants. | **PLAINTIFF'S LOCAL CIVIL RULE 26.01 DISCLOSURE** |

Pursuant to Local Civil Rule 26.01, DSC, counsel for the Plaintiff provides the following information about the within-captioned action:

A. **State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

Medicaid has paid a portion of Jane Roe's medical expenses.

B. **As to each claim, state whether it should be tried jury or nonjury and why.**

The Plaintiff has a 7th Amendment right to a jury trial.

C. **State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

Not applicable to the Plaintiff, who is an individual.

D. **State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

The underlying events occurred in Aiken and Barnwell Counties, South Carolina, which are situate within the Columbia Division of the District of South Carolina.

E. **Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; (3) a statement of the status of the related action.**

Not to the knowledge of Plaintiffs or their counsel.

                                        BY:   S/ Robert B. Ransom
                                                   Robert B. Ransom
                                                   Federal ID No. 04872
                                                 LEVENTIS & RANSOM
                                                 Post Office Box 11067
                                                 Columbia, SC 29211
                                                 (803) 765-2383

                                        ATTORNEYS FOR THE PLAINTIFF